**Order entered February 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00441-CR

**CHRISTOPHER M. DUNLOP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82462-2012**

## ORDER

The Court **GRANTS** appellant's February 2, 2015 motion to extend time to file his brief.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE